UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23bk03279 |
| | ) | |
| R&W Clark Construction, Inc., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Timothy A. Barnes |

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO WILLIAM ZEIGLER, CPA, AND ZEIGLER & ASSOCIATES, LTD.,
ACCOUNTANTS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF <u>INTERIM</u>
COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 12,982.50 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 696.75 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 12,285.75 | TOTAL COSTS ALLOWED: | $ 0.00 |

TOTAL FEES AND COSTS ALLOWED: $ 12,285.75

The attached time and expense entries have been underlined to reflect disallowance in whole or in part.  The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry.  The numerical notations correspond to the enumerated paragraphs below.

(1)     <u>Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 696.75</u>

The Court may impose a ten percent penalty on entries that appear to be "lumping."  The Court will reduce each entry marked as such per the penalty.  *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry.  [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

Dated:  May 30, 2024

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court



## Zeigler Associates, Ltd

507 Apache Trail
Lake Villa, IL 60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
| . | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL 60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|---|---|---|---|
| | | 855-1 RWC Sys | |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| 8/23/2023 | Having received the new 6330 bank statement and from mnessage that Rita completed updated Jul checkbook in accounting completed 23Jlul operating report and emailed to Monica and Rick with Schs C and D from accounting | 0.4 | | 225.00 | 90.00 | |
| 8/25/2023 | Email exchange with Monica on final one year forward cash flow projection worksheet as relates to completing the 23Jul operating report completed yesterday | 0.2 | | 225.00 | 45.00 | |
| 9/5/2023 | Connect to accounting system, pull 23Jul wage report due to IDES [the first] and upload pullied a copy of the filed wage report | 0.2 | | 225.00 | 45.00 | |
| 9/7/2023 | Update accounting to 12/31/2020 balance sheet in prep to carry forward to 21 and 22 for financials to load into tax data, started to review 2021 financials and complete a couple adjustments and pose to Rick if can obtain AP, AR, loan and payroll liability balances at the two year ends | 0.6 | | 225.00 | 135.00 | |
| 9/14/2023 | Work through the ten loan balances provided by Rick and update 12/31/21 balance sheet and reply back on other loan balances in which there was activity in 21, phone discussion with Monica on status and plan for the 2021 and 2022 corporate income tax returns | 0.3 | | 225.00 | 67.50 | (1)<br>Lumping |
| 9/19/2023 | Pursuant to completing monthly operating report, create a 23Aug file and start composing with available information including projections, connect to QBooks to review input and update status and see 23Aug partially incomplete, sent message to Rick to complet log in to bank online to get latest information into QBooks, email Monica on this status | 0.4 | | 225.00 | 90.00 | (1) |
| 9/20/2023 | Speak with RickW and resolve new two factor authentication access to Byline bank, secure bank statement and update 23Aug operating report with actual receipts and disbursements, once payroll was loaded and register updated substantially completed monthly operating report, printed Exhibits C and D, reconciled 23Jul inception month and 23Aug bank statements to account register, emailed Monica the report, exhibits and attachments with a couple questions on content | 1.3 | | 225.00 | 292.50 | (1) |

**Total**

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
|  | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|---|---|---|---|
|  |  | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| 9/21/2023 | Per phone discussion with Rick and email from Monica, review payroll report once more and correct employee count for the month, resolved the open AP question, email the updated monthly report to both | 0.2 |  | 225.00 | 45.00 |
| 9/28/2023 | In prep for monthly IDES wage report upload, process the report generation from accounting but see 9 employees without SSNs probably the one day cement pour hires, sent Rick a text message on this issue and need to quickly secure these SSNs as the report is due for upload Monday | 0.2 |  | 225.00 | 45.00 |
| 9/29/2023 | Text message to and back from Rick on need for nine SSNs to complete master file setup to allow uploading wage report to IDES, per his request emailed the names | 0.2 |  | 225.00 | 45.00 |
| 9/30/2023 | Load the SSNs Rick provided into accounting, emailed Rick when and how he will secure the remaining two employees' IDs and will have to wait until Monday, the due date of the wage report | 0.2 |  | 225.00 | 45.00 |
| 10/1/2023 | Having just received the remaining needed two employee's SSN from Rick by email, updated that info into accounting, create and upload the 23Aug state unemployment wage report file for 30 employees, saved the acknowledgement and submission and advised Rick it is completed timely | 0.4 |  | 225.00 | 90.00 |
| 10/15/2023 | Reach Rick on regaining access to accounting data and then connect to review 21 and 22 financials and status of input concluding significant update required for filing ready numbers | 0.2 |  | 225.00 | 45.00 |
| 10/20/2023 | Work on and complete monthly operating account as follows, resolve verified access to bank account online, pull bank statement and bank feeds, complete bank statement reconcliation, update  report with current month figures and calculations, collect provided reports from Rick and print out the various exhibits, submit all to Monica and secure signature from Rick | 2.8 |  | 225.00 | 630.00 |
|  | **Total** |  |  |  |  |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
|  | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc
8158 W Lincoln Hwy
Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER | |
|---|---|---|---|---|
|  |  | 855-1 RWC Sys |  |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| 10/26/2023 | Start processing 23Q3 payroll tax returns, pulled payroll summary reports for the quarter by employee and by month, efiled state IL-941 and UI340 unemployment including message request to RoickW whether ok to pay the quarter's balance timely next week, then started catching up partial tax deposits made but stalled attempting to log in to EFTPS for payment history as credentials probably changed as new bank account, sent message to RickW inquiring of the credentials he has to make tax deposits | 0.6 | | 225.00 | 135.00 | (1) |
| 10/27/2023 | With updated redentials able to log into EFTPS and pulled a report of all tax deposits for Q3 and entered as tax deposits into accounting which updated federal 941 with total deposits made in the quarter then able to efile the 23Q3 federal 941 and done, collected and emailed to Monica copies of efiled 23Q3 payroll tax returns and summary reports | 0.6 | | 225.00 | 135.00 | |
| 10/27/2023 | Per phone conversation witht Rick assist him with accessing My Tax IL and location of option to make a payment on a prior quarter and relayed that command sequemce | 0.2 | | 225.00 | 45.00 | |
| 11/1/2023 | Per Rick request emailed him the 3rd quarter payroll tax returns, resolve encryption and password | 0.1 | | 225.00 | 22.50 | |
| 11/3/2023 | Phone discussion with Rick assisting him to access the desired webpage to pay a specific quarter for unemployment | 0.1 | | 225.00 | 22.50 | |
| 11/9/2023 | Per RickW text message request locate and forward previously emailed quarterly payroll tax return packages and transmitted 2023 Q1-Q3 to Rick with password encryption | 0.2 | | 225.00 | 45.00 | |
| 11/13/2023 | Phone conference with Rick and Monica reviewing needed and requested documents per plaintiff response to defendant objection including the nature and content of documents available, later phone discussion with Rick clarifying the document request for Carpenters and Laborers and subsequent clarification from Monic | 0.6 | | 225.00 | 135.00 | (1) |
| 11/14/2023 | Email Rick 22Q4 unemployment return with recommendation and request to load all payroll for that quarter into accounting to more quickly and easily line up audit calculation | 0.1 | | 225.00 | 22.50 | |

| | **Total** |
|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL 60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
|      | 14150       |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL 60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|----------|-------|---------|-------|
|          |       | 855-1 RWC Sys |   |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT | |
|----------|-------------|-----|-----|------|--------|---|
| 11/16/2023 | Exchange text messages with both Rick and Rita on getting payroll loaded today and whether information neded to complete that is in Rita's hands at the office, confirmed she is there now and entering then speak with Rick on phone regarding paystubs and union reports availabel and possibly previously provided, later when advised 22Q4 payroll fully input pulled payroll summary and matched against IL unemployment return for gross wages reported and pursuant to discrepancies message to Rick looking for source of the amounts reported on the state tax returns | 0.8 | | 225.00 | 180.00 | (1) |
| 11/16/2023 | Per Monica's email requesting bank statements, reviewed saved files and found one statement for the requested period and emailed back with comment that only the one is saved and a number of older statements are available | 0.2 | | 225.00 | 45.00 | |
| 11/17/2023 | Additional work on reconciling 22Q4 payroll tax wage amounts to source info used to enter and eventually found an Excel workbook that showed same wages as reported but it made up per Q4 amounts paid but apparently not previously reported, emailed Monica on this conclusion and that the tax returns will not reconcile to Q4 only but whether still can support the payments as payroll with that discrepancy | 1.1 | | 225.00 | 247.50 | |
| 11/20/2023 | Pull up operating report template and start blocking out October, log in to bank website and download 23Oct bank statement and transactions, review QB data and see additional 23Oct input is still needed, discuss this by phone with RickW and email to Monica | 0.6 | | 225.00 | 135.00 | (1) |
| 11/21/2023 | Complete work up on 23Oct operating report from completed input today by Rita into accounting, completed 23Oct bank statement reconciliation and pulled the report, several phone discussions with Rick on components for monthly report including update to his original AP and processing signature, pulled Schedules C and D and reconciliation report plus bank statement and emailed the complete package to Monica and Rick for review and signature | 1.2 | | 225.00 | 270.00 | (1) |
| | **Total** | | | | | |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
|  | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc
8158 W Lincoln Hwy
Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|---|---|---|---|
|  |  | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/21/2023 | Phone discussion with Monica on status of payroll in accounting to support the amounts posted in the wage audit worksheet, pointed out the internal payroll register worksheets that were created from manual by-check paystubs and used in entering payroll in accounting, discuss wth Monica updating accounting with 22Q1-Q3 YTD amounts to create accurate paystubs in 22Q4 for the YTD amounts | 0.6 |  | 225.00 | 135.00 |
| 11/21/2023 | Assist Rick with info available in the system for Maureen payments, per request looked up and reported what shows currently in QB for 22 and separate for 23, found a couple checks coded to payroll cost outside the payroll module and pulled and emailed to Rick paychecks register | 0.4 |  | 225.00 | 90.00 |
| 11/22/2023 | Extensive work on wage audit verfication focusing on 22Q4, receive manual paystub sheets from Monica and matched to the register worksheets noting precise match and for Q4 those gross wages tie to payroll tax returns howver QB does not match the register, discuss this with Rick including the way manual stubs are processed and flow thru office and confirmed that adjustments and corrections are made in accounting after filing payroll tax returns as was done in 22Q4 where make up was completed | 3 |  | 225.00 | 675.00 |
| 11/22/2023 | Completed 23Oct operating report including request for update to AP schedule, updated projected disbursements to remove plan payments as that has not yet been approved by the court, emailed Monica and Rick the package of the report and exhibits and later discussed questions and observations | 2 |  | 225.00 | 450.00 (1) |
| 11/23/2023 | Extensive cross checking and matching audit worksheet recap of manual paystubs to payroll register and created a difference calculation with how entered in QBooks which support the 23Q1 electronic payroll tax filing to derive the audit monthly totals from those register details, sent Monica a couple emails on the conclusions and how to describe the relationship of these components; later consolidate the two years' payroll registers into one subtotalling by quarter and flowing from paystubs to payroll tax returns to QB/audit worksheet | 2.9 |  | 225.00 | 652.50 (1) |

**Total**

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL 60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
|      | 14150       |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL 60423 |

| P.O. NO. | TERMS | PROJECT | OTHER | |
|----------|-------|---------|-------|--|
|          |       | 855-1 RWC Sys | | |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|----------|-------------|-----|-----|------|--------|
| 11/28/2023 | Email to and discussion with Monica on reorganizing the paystub scans by employee and date within that group and later received the rescanned stubs now grouped by employee, phone discussion with Monica updating the content of what will be submitted eliminating QBooks reports and main supporting documentation being the manual paystubs, extensive work completed matching each stub to a background calculation in a register of the paystubs which will not be submitted initially, then matched the totals by employee to the payroll tax returns updating 22Q4 IL payroll tax return with another employee whose reported wages that quarter included pre Q4 payments, along the way resolved a couple duplicates of different amount and secured a few missing stubs | 4 | | 225.00 | 900.00 |
| 11/28/2023 | Receive, review and sign an updated affadavit for tomorrow's wage audit response | 0.2 | | 225.00 | 45.00 |
| 11/29/2023 | Received requested Jose paystubs and integrated into that employee's set of paystubs and emailed to Monica to complete the documents provided for submission on today's deadline, emailed Rick for his files the complete set of worksheets and paystubs as organized for that submission | 0.2 | | 225.00 | 45.00 |
| 12/11/2023 | Per email from Monica regarding Maureen payments and question as to 2023 1099 pulled the amounts current entered in accounting, set up the 2023 1099 tax data file and prepared a 1099 for Maureen Clark for the amount entered as paid and emailed to Monica and Rick and respond to follow up question from Monica on the 1099 provided, per Monica reply on confirming the 23Q1 amount pulled an Excel reporr of the entered MC payments and tagged/totalled the amount derived and emailed with expanded thread of previous communications on this point | 0.6 | | 225.00 | 135.00 |
| 12/12/2023 | Phone conversation w/Rick on the attorney's questions for clarifications on Maureen payments, discussed as well the 1099 prepared and the amount represents non payroll disbursements and confirmed is reportable and taxable | 0.2 | | 225.00 | 45.00 |

| | **Total** | | |
|--|-----------|--|--|

(1)

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| : | 14150 |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|----------|-------|---------|-------|
| | | 855-1 RWC Sys | |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|----------|-------------|-----|-----|------|--------|
| 12/18/2023 | For 23Nov operating report resolve Byline credentials and download bank statement, complete operating report including Schedules C+D which reconcile to the bank statement, reconciliation of the statement to accounting, review AP+AR schedules Rick provided and include in the package then emailed to Monica and Rick for review and signing | 1.2 | | 225.00 | 270.00 |
| 12/21/2023 | Phone discussion with Monica on the amounts paid to Maureen including payroll and the amount of the 2023 1099 and the characted of disbursement to her that might otherwise be coded as reimbursement for business expenses based on how and to whom Maureen disbursed the funds, emailed the list of non payroll disbursements by date, number and amount that comprised the total previously calculated then pulled the 23Q1 unemployment tax return and emailed the two paychecks making up that amount, this showed a few non payroll disbursements to confirm how they were handled, exported 2022 payments to Maureen as a spreadsheet and transferred to Monica, reviewed all 2022 payroll tax returns and conclude no payroll reported to Maureen in the year on those, reviewed draft Affadavit and asked about a couple amounts in that document | 1.4 | | 225.00 | 315.00 |
| 12/21/2023 | Phone discussion with Monica whether collection of the large receivable balance and payment of the past due tax and union would alleviate for now the state of the case and how to prioritize those most critical amounts due but in light of adequate reserve for payroll | 0.2 | | 225.00 | 45.00 |
| 12/27/2023 | Exchange emails with Rick and Monica on payroll cost calculations, bank statements for wage audit review period including looking for and emailing available Byline bank statements in that period and look up then report the My Tax IL balance owed later supplemnted with a letter from IDES showing 2023 amounts owed | 0.4 | | 225.00 | 90.00 |

(1)

| | **Total** |
|---|-----------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



## Zeigler Associates, Ltd

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
|      | 14150       |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|----------|-------|---------|-------|
|          |       | 855-1 RWC Sys |       |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|----------|-------------|-----|-----|------|--------|
| 12/28/2023 | Phone discussion with Rick on bank statement request as he had emailed much info early in the year, reviewed saved bank statements and all emails with attachments and concluded only two 2023 Byline bank statements in hand and emailed those to Rick per his request | 0.3 | | 225.00 | 67.50 |
| 12/29/2023 | Pursuant to Monica request for 2023 only Maureen Clark payments, reviewed available reports previously created and resent the one that presumably met the request and later confirmation from Monica in fact it did | 0.2 | | 225.00 | 45.00 |
| 12/31/2023 | Phone discussion with Rick on the Quickbooks quick reports and possible changes concluding with him emailing to WZ the reports and check copies he sent to Monica, later received and downloaded then opened all to review along with the latest provied wage audit calculation worksheet and related payroll registers supporting those totals | 0.3 | | 225.00 | 67.50 |
| 1/2/2024 | Per emailed query from Monica forwarding IDES amounts emailed to her, reviewed My Tax IL amounts and generally confirmed but Q1 is an issue, it appears that amount has been paid, provided copy of IDES letter previously sent along with email responding to Monica on the IDES letter amounts | 0.3 | | 225.00 | 67.50 |
| 1/2/2024 | Phone discussion with Rick on his request for a detailed paycheck report on the two Weymen employees, confirm looking for all the gross to net details, not finding a payroll register so used Payroll Summary filtered on one employee and columns by week, later sounded like provided what he needed than later looked to change the filter to the other employee but system offline, reported this status to Rick by text message and provided instructions on changing the filter himself | 0.3 | | 225.00 | 67.50 |
| 1/3/2024 | Exchange emails with Rick and Monica providing more unemployment tax return info and 2023 quarterly returns trying to confirm and calculate the amount past due as relates to IDES letter and email, sent also today's screen shots of the My Tax IL quarterly periods | 0.4 | | 225.00 | 90.00 |

**Total**

(1)

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL 60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
|      | 14150       |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL 60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|----------|-------|---------|-------|
|          |       | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|----------|-------------|-----|-----|------|--------|
| 1/10/2024 | Per Monica request and emailed forecast spreadsheet, provided one revised version hiding prior months but she responded needs prior history removed, fixed formula error from deleting old month columns, downloaded the 23Dec Byline bank statement to obtain the exact starting bank balance, emailed Monica the updated revision | 0.3 | | 225.00 | 67.50 |
| 1/11/2024 | Respond to email from Monica referencing the updated projection worksheet focusing on revenue increment calculated and associated labor cost, email back an analysis of the existing projection revenue increase compared to Rick's proposed factor for revenue and related labor includling macroeconmics economies of scale | 0.4 | | 225.00 | 90.00 |
| 1/12/2024 | Exchange emails with Monica on the final revisions to the cash flow projection and effects of removing the prior now past months | 0.2 | | 225.00 | 45.00 |
| 1/23/2024 | Substantially complete the 23Dec monthly operating report and pursuant to that complete the 23Dec bank statement reconciliation including void of 5 month old checks not cleared being part of the new bank account in 23Jul from compromising hack; save collections and disbursement scheduled for the report; text message to Rick asking for 12/31 AP and AR to complete the report; later received Rick's AP and AR, updated the Op Report with those totals but updated AP with the more precise amounts due from earlier review of online liability and deposits thru 12/31 to update what was due IDES, IDOR, FUTA and IRS; composed finaly report and Schedule attachments and emailed to Monica and RickW with comments | 1.1 | | 225.00 | 247.50 |
| 1/23/2024 | In prep for 23Q4 and 23 annual payroll tax returns run and review the various returns and look up the deposits to date to report to Rick the amounts due to complete payments for the quarter, in response to Rick's text message on W2 readiness responded to go ahead and print and distribute W2s and advised him that these can be efiled to SSA and IDOR | 0.5 | | 225.00 | 112.50 |

| | **Total** |
|---|---|

(1)

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
|  | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|---|---|---|---|
|  |  | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| 1/29/2024 | Pull 23Q4 payroll tax returns from accounting, print tax deposit history and update payments in accounting to recognize paid amount on Q4 on the tax return, find one missing address in the 53 W2s saved for print and distribution and request from Rick to complete that data and allow efiling of all returns; later secure address on one employee that info missing and load into accounting, with that completed step efiled all federal and state payroll tax returns and annual 940 and fed/state W2s resolving a zip code issue miskeyed on one employee, text message to Rick that W2s are on screen and ready to print for distribution; having completed all efilings collected the emailed acknowledgements to include in Q4+YE payroll tax package which Rick requested | 1.8 |  | 225.00 | 405.00 | (1) |
| 1/30/2024 | Discuss with Rick printiong and distributing W2s and his later report that printing of the open W2 file at office system failed as some trouble with printer so later arranged at his request to email the W2 PDF which was too large at 90MB as standard attachment limit normally at 20MB so used a 'email large file' service which was successful | 0.3 |  | 225.00 | 67.50 | |
| 1/31/2024 | Briefly review income statement for possible 1099 recipients finding one to pursue W9 info | 0.2 |  | 225.00 | 45.00 | |
| 2/2/2024 | [on site 1245-215] Work with Rita on procedure and method going forward to process payroll live from hours provided by Rick and one preparation task to load all year to date paychecks just before the first live payroll, started the process to set up a check order from an online cleared check image, resolve bank feed setup as account number changed in January from another hack compromise, reviewed this discussion with RockC when he arrivedand discussed the weekly schedule and days, he will mark the manual cheets with check numbers so next week 2024 payroll input can be caught up | 1.4 |  | 225.00 | 315.00 | (1) |

**Total**

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
|  | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|---|---|---|---|
|  |  | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| 2/21/2024 | Received missing SSN for a new employee for Jan payroll and entered in QB, with that item able to process an unemployment monthly report from QB and upload to the IDES portal and complete the requisite monthly reporting, messaged Rick this is completed from his info | 0.2 |  | 225.00 | 45.00 | |
| 2/21/2024 | Received AP and AR, started working up the 24Jan monthly operating report, pulled the deposit and disbursement reports and calculated how close to the beginning to ending cash balance for Part 2 of the report and some discrepancy, attempted once more to get a copy of the Byline cutoff bank statement for the prior to new account number as no longer available online, addressing the Feb projection pulled a couple budget worsheets looking for the one that reconciles to prior month and emailed Monica to confirm the now active budget going forward and entered that budgeted collection and disbursement amounts into Jan report | 0.5 |  | 225.00 | 112.50 | (1) |
| 2/23/2024 | Per emailed inquiry whether all info needed is in hand to complete the 24Jan operating report asked once more for the cutoff bank statement for the closed account, later received a transaction report which hopefully will serve, exported that PDF report to Excel to accelerate totaling, formatted the various cell merges and added confirming calculations to substantially complete a semblance of a bank statement, updated that worksheet with combination amounts of the two bank statemente along with completing the bank statement reconciliation melding activity and transfer between old and new accounts ultimately to a zero difference, updated the operating report with final figures, pulled Exhibits C and D, emailed to Monica and Rick for signature the completed operating report; later look closer at the AP report in professional and payroll taxes due, pull IDES balance screen, IRS account overview and EFTPS payment history, make calculations and pull balances from these sources and summarize in email to Monica with backup of the reports pulled and later phone discussion on this tax balance information and implications for the case going forrward | 2.6 |  | 225.00 | 585.00 | (1) |

| | **Total** |
|---|---|

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|---|---|
|  | 14150 |

| BILL TO |
|---|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|---|---|---|---|
|  |  | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT | |
|---|---|---|---|---|---|---|
| 2/23/2024 | Pursuant to IRS letter received on payroll tax liabilities, email Monica on this development and respond to question on the issue if and when taxes are paid, emailed Larry Wolfe to confirm the status and conditions of the requested interview in light of the ongoing BK proceedings | 0.3 |  | 225.00 | 67.50 | (1) |
| 2/24/2024 | Receive from Rick updated AP list per info provided on tax account lookups and see that the several referenced line items were adjusted, emailed him that documentation as he requested, updated the Jan operaqting report and resent to Monica | 0.3 |  | 225.00 | 67.50 | (1) |
| 2/26/2024 | In response to Rick request resent the IRS account transcript highlighting the pages on which appear the 23Q2-Q4 balanes showing due; per Monica request for update on 24Jan operating report forward to her the previously resent pdated version with the updated AP amount | 0.2 |  | 225.00 | 45.00 | (1) |
| 3/9/2024 | Follow up discussion with Rick on estimated open trust fiund balance. posed the general question of confirming tax deposits made as shown in the transcript report as he believes more paid than shown; imported the maximum 16 month history report into a spreadsheet then spread and totalled the payments by quarter which did show a slight discrepancy concluding from the lag in the transcript database picking up payments, emailed that spreadsheet to Rick with this conclusion | 0.4 |  | 225.00 | 90.00 | |
| 3/9/2024 | Updated 2022 corporate income tax data with more details for a more complete roll forward to 2023 and completed that, created an extension filing, efiled and followed up acceptance | 0.2 |  | 225.00 | 45.00 | (1) |
| 3/11/2024 | Phone conversation with IRS agent on collection action on the delinquent taxes 22Q4 thru 23Q4, identify payment procedure and plan for Thu dropoff | 0.3 |  | 225.00 | 67.50 | (1) |
| 3/12/2024 | Exchange text messages with Rick on scheduled drop off of past payroll tax deposit at IRS office in Downers Grove which is a conflict with Thu morning and his proposed alternative, left message with IRS officer on that requested reschedule | 0.2 |  | 225.00 | 45.00 | (1) |
|  | **Total** | | | | | |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
|      | 14150       |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|----------|-------|---------|-------|
|          |       | 855-1 RWC Sys |  |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|----------|-------------|-----|-----|------|--------|
| 3/23/2024 | Work on 24Feb monthly operating report, download bank statement and reconcile accounting to that statement, noted question on outstanding checks in the accounting and discuss with Rick the pattern of checks deposited after issue, complete other parts of the report now available from bank statemet and the AP/AR list provided today by Rick, checked IRS transcript report and state balances showing due noting IDES is zero, pass to Rick the amounts showing at present, later received from and discussed by text with Rick the printout provided by IRS revenue officer of by-quarter open balances received when he dropped off check in payment | 1.3 | | 225.00 | 292.50 |
| 3/26/2024 | Follow up on unclered checks mostly payroll discussed previously with Rick, sent him a couple screenshots to look into and confirm they are open or are for some reason extraneous entries | 0.2 | | 225.00 | 45.00 |
| 3/26/2024 | Per voicemail from IRS on changing next scheduled payment drop off by Rick that Mr Tran needs to reschedule, passed along this message to Rick and they will arrange directly | 0.1 | | 225.00 | 22.50 |
| 3/29/2024 | Per email from Monica of IDOR administrative claim for unpaid taxes and question from Rick that perhaps some tax paid is missing, explain there is rarely a mistake on their side, review the amounts in the notice which is for 23Q3 and Q4 only, Q4 is only penalty and interest and asked Rick to compare what payments he shows on Q3 compared to the two payments showing on My Tax IL portal | 0.3 | | 225.00 | 67.50 |
| 3/29/2024 | Pull 24Feb disbursement report and collect with the other monthly operating report attachments and email to Monica, review the 23 outstanding checks and unfortunately they are paychecks | 0.2 | | 225.00 | 45.00 |
| 3/30/2024 | Pull IDES monthly wages report and upload/file at IDES portal after seeing that 24Feb payroll has been entered | 0.3 | | 225.00 | 67.50 |

**Total**

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |



**Zeigler Associates, Ltd**

507 Apache Trail
Lake Villa, IL  60046

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
|      | 14150       |

| BILL TO |
|---------|
| R & W Clark Construction Inc<br>8158 W Lincoln Hwy<br>Frankfort, IL  60423 |

| P.O. NO. | TERMS | PROJECT | OTHER |
|----------|-------|---------|-------|
|          |       | 855-1 RWC Sys |   |

| SERVICED | DESCRIPTION | QTY | U/M | RATE | AMOUNT |
|----------|-------------|-----|-----|------|--------|
| 4/28/2024 | Resolved Byline online access, pulled 24Mar bank statement and started bank statement reconciliation coming down to a number of generally paychecks without check numbers and discussed this barrier w/Rick, blocked out 23Mar monthly operating report as much as possible, emailed Monica the latest available report and scedules plus a monthly P+L for last 6 months providing a sales and overhead history | 1.3 |  | 225.00 | 292.50 |

(1)

| | Total | $12,982.50 |
|-|-------|-----------|

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 847-265-8215 | 847-265-8257 | bz@zeigassocs.com | http://www.zeigassocs.com |